| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Char Grill Benson, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Char-Grill |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-2026137 |
| 4. | **Debtor's address** | **Principal place of business**<br>**105 South Walton Drive**<br>**Benson, NC 27504**<br>Number, Street, City, State & ZIP Code<br><br>**Johnston County**<br>County | **Mailing address, if different from principal place of business**<br>**408 Felspar Way**<br>**Cary, NC 27518**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Char Grill Benson, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Char Grill Benson, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　Relationship _____
District _____　When _____　Case number, if known _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　Contact name _____
　　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 3

Debtor  **Char Grill Benson, LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Char Grill Benson, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 7, 2025**
             MM / DD / YYYY

X **/s/ Edwin Yancey**               **Edwin Yancey**
Signature of authorized representative of debtor     Printed name

Title  **Member-Manager**

**18. Signature of attorney**

X **/s/ Philip M. Sasser**              Date **February 7, 2025**
Signature of attorney for debtor             MM / DD / YYYY

**Philip M. Sasser**
Printed name

**Sasser Law Firm**
Firm name

**2000 Regency Parkway**
**Suite 230**
**Cary, NC 27518**
Number, Street, City, State & ZIP Code

Contact phone  **919.319.7400**     Email address  **travis@sasserbankruptcy.com**

**38479 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Char Grill Benson, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** Attn: Managing Agent/Bankruptcy P.O. Box 981535 El Paso, TX 79998 | | **Credit Card** | | | | $30,000.00 |
| **BayFirst National Bank** Attn: Managing Agent 700 Central Avenue, Suite 100 Saint Petersburg, FL 33701 | | **All Assets** | | $314,203.72 | $0.00 | $314,203.72 |
| **BoomFunded** Attn: Managing Agent 6501 Congress Blvd., Suite 140 Boca Raton, FL 33496 | | **All Assets** | | $97,371.78 | $0.00 | $97,371.78 |
| **Capybara Capital, LLC** Attn: Managing Agent 6501 Congress Avenue, Suite 340 Boca Raton, FL 33487 | | **Loan** | | | | $101,431.60 |
| **First Citizens Bank** FCB Mail Code: DAC-36 100 E. Tryon Road Raleigh, NC 27603 | | **Loan** | | | | $280,000.00 |

Debtor **Char Grill Benson, LLC**　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kapitus, LLC**  Attn: Managing Agent/Bankruptcy  2500 Wilson Boulevard Suite 350  Arlington, VA 22201 | | All Assets | | $132,086.00 | $0.00 | $132,086.00 |
| **LARC Real Estate Investments, LLC**  2037 Langham Lane  Raleigh, NC 27615 | | Loan | | | | $1,800,000.00 |
| **NC Department of Revenue**  Services Division/ Bankruptcy Unit  Post Office Box 1168  Raleigh., NC 27602-1168 | | Sales Tax | | | | $17,000.00 |
| **Northeast Bank**  Attn: Managing Agent  35 Canal Street  Lewiston, ME 04240-6594 | | All Assets | | $223,970.96 | $0.00 | $223,970.96 |
| **Northeast Bank dba Newity**  Attn: Managing Agent  One Marina Park Drive, Floor 8  Boston, MA 02210 | | All Assets | | $15,654.32 | $0.00 | $15,654.32 |
| **Rewards Network**  2 Riverside Plaza, Suite 950  Attn: Caliph Jackson  Chicago, IL 60606 | | Loan | | | | $13,000.00 |
| **Smart Business**  Attn: Managing Agent  20515 NE 22nd Avenue  Miami, FL 33180 | | Loan | | | | $108,460.00 |
| **U.S. Small Business Administration**  Attn: Managing agent  2 North 20th Street, Suite 320  Birmingham, AL 35203 | | All Assets | | $500,000.00 | $0.00 | $500,000.00 |

Debtor **Char Grill Benson, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vox Funding, LLC**<br>**Attn: Managing Agent**<br>**100 Park Avenue, 26th Floor**<br>**New York, NY 10017** | | **Loan** | | | | **$126,398.71** |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Char Grill Benson, LLC**                              Case No.
                           Debtor(s)                             Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 7, 2025**             **/s/ Edwin Yancey**
                                         **Edwin Yancey/Member-Manager**
                                         Signer/Title

Date:   **February 7, 2025**             **/s/ Philip M. Sasser**
                                         Signature of Attorney
                                         **Philip M. Sasser**
                                         **Sasser Law Firm**
                                         **2000 Regency Parkway**
                                         **Suite 230**
                                         **Cary, NC 27518**
                                         **919.319.7400   Fax: 919.657.7400**

American Express
Attn: Managing Agent/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Northeast Bank
Attn: Managing Agent
35 Canal Street
Lewiston, ME 04240-6594

BayFirst National Bank
Attn: Managing Agent
700 Central Avenue, Suite 100
Saint Petersburg, FL 33701

Northeast Bank dba Newity
Attn: Managing Agent
One Marina Park Drive, Floor 8
Boston, MA 02210

BoomFunded
Attn: Managing Agent
6501 Congress Blvd., Suite 140
Boca Raton, FL 33496

Rewards Network
2 Riverside Plaza, Suite 950
Attn: Caliph Jackson
Chicago, IL 60606

Capybara Capital, LLC
Attn: Managing Agent
6501 Congress Avenue, Suite 340
Boca Raton, FL 33487

Smart Business
Attn: Managing Agent
20515 NE 22nd Avenue
Miami, FL 33180

First Citizens Bank
FCB Mail Code: DAC-36
100 E. Tryon Road
Raleigh, NC 27603

U.S. Small Business Administration
Attn: Managing agent
2 North 20th Street, Suite 320
Birmingham, AL 35203

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

US Small Business Administration
Attn: Managing Agent
6501 Sylvan Road, Suite 100
Citrus Heights, CA 95610-5017

Kapitus, LLC
Attn: Managing Agent/Bankruptcy
2500 Wilson Boulevard Suite 350
Arlington, VA 22201

US Small Business Administration
Attn: Managing Agent
6302 Fairview Road, Suite 300
Charlotte, NC 28210-2227

LARC Real Estate Investments, LLC
2037 Langham Lane
Raleigh, NC 27615

Vox Funding, LLC
Attn: Managing Agent
100 Park Avenue, 26th Floor
New York, NY 10017

NC Department of Revenue
Services Division/ Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

**United States Bankruptcy Court**
Eastern District of North Carolina

In re   **Char Grill Benson, LLC**                                    Case No.
                                                Debtor(s)             Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Edwin Yancey**, declare under penalty of perjury that I am the **Member-Manager** of **Char Grill Benson, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 7th day of February, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Edwin Yancey**, **Member-Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Edwin Yancey**, **Member-Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Edwin Yancey**, **Member-Manager** of this Corporation is authorized and directed to employ **Philip M. Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case."

Date  **February 7, 2025**                              Signed  /s/Edwin Yancey
                                                                **Edwin Yancey**

Resolution of Board of Directors
of
**Char Grill Benson, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Edwin Yancey**, **Member-Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Edwin Yancey**, **Member-Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Edwin Yancey**, **Member-Manager** of this Corporation is authorized and directed to employ **Philip M. Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case.

Date **February 7, 2025**            Signed **/s/Edwin Yancey**
                                            **Edwin Yancey**

Date **February 7, 2025**            Signed _____